IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02577-MSK-MEH

FERRELL COMPANIES, INC., a Colorado corporation,

    Plaintiff,

v.

CONSTRUCTION IMAGING SYSTEMS, INC. and
CORPORATE COMPUTER SYSTEMS, INC., North Carolina corporations,

    Defendants.
_____

**ORDER APPROVING STIPULATION AND CLOSING CASE**
_____

    THIS MATTER comes before the Court on the Joint Motion and Stipulation for Dismissal With Prejudice (Motion) **(#6)** filed February 14, 2008. Having reviewed the Motion, the Court

    **FINDS** that all controversies have been resolved.

    **IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the stipulation of the parties is **APPROVED**. The Clerk is directed to close this case.

    DATED this 15th day of February, 2008.

                                     **BY THE COURT:**

                                     Marcia S. Krieger
                                     United States District Judge